IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL SIMS,

    Plaintiff,

v.                                         CIV 06-474 JH/CEG

MELISSA VILLANUEVA, VINCENT
HORTON, K. BRODIE, SUSAN
ROBINSON, and DON DOUGLAS,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed her Proposed Findings and Recommended Disposition on January 9, 2007 *(Doc. 31)*. The proposed findings notify Plaintiff of his ability to file objections and that failure to do so waives appellate review. To-date, he has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

    Wherefore, IT IS HEREBY ORDERED THAT:

1)     The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 31)* are adopted;

2)     Certain Defendants' (Villanueva, Horton, and Brodie) Motion for Summary Judgment *(Doc. 23)* is granted; and

3)     Defendants Villanueva, Horton, and Brodie are dismissed as parties to this action.

                                                                                                 UNITED STATES DISTRICT JUDGE