IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL SIMS,

      Plaintiff,

v.                                                    CIV 06-474 JH/CEG

MELISSA VILLANUEVA, VINCENT
HORTON, K. BRODIE, SUSAN
ROBINSON, and DON DOUGLAS,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on December 18, 2007 *(Doc. 47)*. The proposed findings notify Plaintiff of his ability to file objections and that failure to do so waives appellate review. To-date, he has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)     The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 47)* are adopted;

2)     Robinson's Motion for Summary Judgment *(Doc. 41)* is granted; and

3)     this matter is dismissed with prejudice.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE